UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES SZYMANSKI,
    Plaintiff

v.                                                                      CIVIL NO.: 3:16-cv-00002-JCH

IQOR HOLDINGS US INC.,
    Defendant                                                       JULY 13, 2016

## AFFIDAVIT OF CLAIRE M. HOWARD

The undersigned, being duly sworn, does depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am counsel for the plaintiff, Charles Szymanski.

3. A true and accurate copy of Plaintiff's First Set of Interrogatories and Requests for Production ("discovery requests") was served on Defendant on March 11, 2016 and is attached as Exhibit 7 to the Motion to Compel and Memorandum in Support.

4. Plaintiff received Defendant's objections and responses to his First Set of discovery requests on May 16, 2016. A true and accurate copy of Defendant's objections and responses to Plaintiff's First Set of discovery requests is attached as Exhibit 6 to the Motion to Compel and Memorandum in Support.

5. On June 6, 2016, Plaintiff's counsel provided, by letter, an itemizing of Defendant's deficiencies in their discovery responses. See Exhibit 2 to the Motion to Compel and Memorandum in Support.

6. On June 9, 2016, June 15, 2016 and July 11, 2016, I had telephone conferences with Defendant's counsel, Sarah C. Baskin, in an attempt to resolve Defendant's objections to Plaintiff's First Set of discovery requests.

7. On June 15, 2016, I sent Defendant's counsel an email and letter confirming the substance of our June 6, 2016 conference call, proposing a narrower scope for multiple discovery requests, and providing search terms to guide production of responsive electronic documents. *See* Exhibit 3 to Motion to Compel and Memorandum in Support.

8. Between June 15, 2016 and July 12, 2016, I repeatedly emailed Defendant's counsel to inquire as to the status of promised supplemental productions of documents which were never received. See Exhibit 8, Email from Claire M. Howard to Sarah C. Baskin (June 21, 2016); Exhibit 9, Email from Claire M. Howard to Sarah Baskin (June 27, 2016); Exhibit 4, Email from Claire M. Howard to Sarah C. Baskin (July 5, 2016); Exhibit 5, Email from Claire M. Howard to Sarah C. Baskin (July 8, 2016) to Motion to Compel and Memorandum in Support.

9. On July 11, 2016, Defendant provided a letter purporting to respond to discovery requests and Plaintiff's proposed ESI search terms. See Exhibit 1 to Motion to Compel and Memorandum in Support.

10. On July 11, 2016 I again conferred with Attorney Baskin to clarify assertions made in the letter. Attorney Baskin represented that they would provide a supplemental production and amended responses soon,

but was unable to indicate when it would be forthcoming.

11. On July 12, 2016 Peter Prestley and I attempted to confer with Attorney Jimenez regarding Defendant's discovery production and the instant motion and were unable to reach him.

12. Despite good faith efforts described herein, the parties have been unable to resolve the issue of Defendant's lack of compliance with Rule 34(b)(2)(C) of the Federal Rules of Civil Procedure and Defendant's objections to Interrogatory Nos. 9, 10, 14; Request for Production Nos. 22, 25-32, 33, 34, 37, 41 and require the Court's assistance in this matter.

Dated at Hartford, Connecticut this 13th day of July, 2016.

_____
Claire M. Howard

Subscribed and sworn to
before me this 13th day of
July, 2016.

_____
Notary Public/Commissioner of Superior Court
MARITZA TORRES
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES AUG. 31, 2017